Mario Jesus **OBREGON**, Petitioner–
Appellant,

v.

Stephanie **HOLLENBACK**, Warden,
Respondent–Appellee.

No. 15–7617.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016.

Decided: March 31, 2016.

Mario Jesus Obregon, Appellant Pro Se.

Before GREGORY and DUNCAN,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Mario Jesus Obregon, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Obregon v. Hollenback*, No. 5:15–hc–02098–FL (E.D.N.C. Oct. 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*